STATE of Missouri, Respondent,

v.

Tina S. McCLANAHAN, Appellant.

No. WD 51957.

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

Raymond L. Legg, Dist. Defender, Hannibal, for appellant.

James Bradley Funk, Asst. Pros. Atty., Macon County, Macon, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Appellant was found guilty of a class B misdemeanor of first degree trespass in Macon County Associate Circuit Court pursuant to § 569.140, RSMo, 1994. This court finds that the trial court did not err in overruling appellant's motion for judgment of acquittal, because the evidence presented was sufficient to prove her guilt beyond a reasonable doubt, and that she entered upon Macon School property unlawfully. Rule 30.25(b).